Timothy F. Coons, #031208
Timothy@DentonPeterson.com
Elena J. Cottam, #032077
Elena@DentonPeterson.com

**DENTON PETERSON, PC**
ATTORNEYS & COUNSELORS AT LAW

1930 N. Arboleda Road, Suite 200
Mesa, Arizona  85213
Telephone: (480) 325-9900
Facsimile: (480) 325-9901

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **David Rogers**, <br><br> Plaintiff, <br><br> v. <br><br> **Raytheon Company,** a foreign corporation doing business in Arizona. <br><br> Defendant. | No.  4:17-cv-00073-JAS <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> (Assigned to the Honorable James A. Soto) |

The parties, by and through counsel undersigned, hereby stipulate that the above captioned cause, having been settled, be dismissed with prejudice, each party to bear his or its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 16th day of October, 2017.

**Denton Peterson, P.C.**

/s/ Timothy F. Coons
Timothy F. Coons
1930 N. Arboleda Road, Suite 200
Mesa, AZ  85213
*Attorneys for Plaintiff*

1

|   |   |
|---|---|
| 1 | **SNELL & WILMER L.L.P.** |
| 2 | /s/ Matt P. Milner (with permission) |
|   | Matt P. Milner |
| 3 | One South Church Avenue, Suite 1500 |
| 4 | Tucson, Arizona  85701 |
|   | *Attorney for Defendant* |

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system which will send notification of said filing to the following CM/ECF registrants.

Matt P. Milner
Snell & Wilmer L.L.P.
One South Church Avenue
Suite 1500
Tucson, Arizona  85701
*Attorney for Defendant*


/s/ Lindsey Rice